\AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ALEJANDRO SOSA-COBARRUBIAS | CASE NUMBER: 08CR2135-WQH |

I, ALEJANDRO SOSA-COBARRUBIAS, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __26 June 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x alejandro sosacobarrubias
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY