\AO 455(Rev. 5/85) Waiver of Indictment



FILED
JUL 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| ALEJANDRO SOSA-COBARRUBIAS | CASE NUMBER: 08cr2135-WQH |

I, ALEJANDRO SOSA-COBARRUBIAS, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 7, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER